# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

Amber Stoer, et al.

                              Plaintiff,

v.                                                                   Case No.: 1:23−cv−14309
                                                                             Honorable Andrea R. Wood

Health Care Service Corporation

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 9, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 1/9/2026. For the reasons stated on the record, Plaintiff's unopposed motion and incorporated memorandum of law for final approval of class action settlement and for approval of FLSA collective settlement [92] is granted. The Court finds that the proposed settlement represents a fair, reasonable, and adequate resolution of the claims, and otherwise meets the requirements of Fed. R. Civ. P. 23(e). Enter Final Approval Order. Consistent with the parties' settlement agreement, the case is dismissed without prejudice, automatically to convert to a dismissal with prejudice upon completion of the required payments. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.